*Denise B. Smoker,* assistant state's attorney, in opposition.

Decided March 28, 2002

## STATE OF CONNECTICUT *v.* STEVIE CLARK

The defendant's petition for certification for appeal from the Appellate Court, 68 Conn. App. 19 (AC 18775), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the defendant had failed to establish a constitutional violation in the trial court's instructions on the law of self-defense?"

NORCOTT, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16713.

*Sheila A. Huddleston* and *Karen T. Staib*, special public defenders, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided March 28, 2002